**SEALED**

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Pedro Esteban Arredondo | ) | 3:21-MJ-634-BT |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
July 20, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 19, 2021** in the county of **Dallas** in the **Northern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a) and (b)(1)(C) | Possession of a controlled substance with intent to distribute |

This criminal complaint is based on these facts:

see attached affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Adam West, Special Agent
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: July 20, 2021

*Judge's signature*

City and state: Dallas, Texas          REBECCA RUTHERFORD, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Adam West, after being duly sworn, depose and say as follows:

## I.  Introduction

1.  My name is Adam West, and I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct criminal investigations and to make arrests for federal felony offenses. I am a Special Agent with the Drug Enforcement Administration of the United States Department of Justice, and have been so employed since September 2019.  I am currently assigned to the Dallas Field Division Office.  In that capacity, I investigate violations of the Controlled Substances Act (Title 21, United States Code, Section 801, et seq.).  I have conducted complex investigations, and participated in numerous arrests and search warrants.  I have written affidavits in support of court authorized federal warrants and orders for search warrants, GPS tracking of telephones and vehicles and pen registers and trap and trace devices, and T-III wire intercepts.  I have conducted interviews of drug traffickers, which has provided me with a greater understanding of the methods by which drug trafficking organizations operate.  I am familiar with common methods of investigating drug trafficking and manufacturing organizations, and have become familiar with the methods of operation, including, but not limited to their methods of importing, exporting, storing, concealing, and packaging drugs and drug proceeds; their methods of transferring and distributing drugs; their use of cellular telephones and telephone; their use of numerical codes,

code words, and counter surveillance; and other methods of avoiding detection by law enforcement. Through my training and experience, I can identify illegal drugs by sight, odor, and texture.

## II. Background

2. I have probable cause to believe that **Pedro Esteban Arredondo** violated 21 U.S.C. §§ 841 (a)(1), that is, possession with intent to distribute a substance and mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance.

3. My knowledge of the facts alleged in this affidavit arise from my personal participation and observations in this investigation, my interviews of informants, and my review of reports prepared by investigators of the DEA Dallas Field Division and other participating law enforcement officers. Since this affidavit is limited to establishing probable cause, I have not included every fact known to me and other investigators. Rather, I am only submitting the facts necessary to establish probable cause that co-conspirators discussed herein conspired to distribute and possess with the intent to distribute methamphetamine.

## III. Probable Cause

4. In mid-July 2021, Agents obtained information from a cooperating source (CS) regarding a methamphetamine distributor operating in Dallas, Texas. The CS is proven credible and reliable. The CS has accounted for the seizure of nearly 300 kilograms of methamphetamine, over $200,000 in money seizures and is

responsible for 10 arrests. Agents learned the methamphetamine distributor is an unknown Spanish speaking male, who is utilizing phone number (214) 744-5651. The CS advised the unknown male quoted him/her $4,300.00 for a kilogram of methamphetamine. The CS further advised the unknown male wanted to meet him/her in the 3200 block of S. Lancaster Road, Dallas, Texas to consummate the deal.

5.   At a later date, Agents met with the CS, who was then searched for drugs and/or contraband, with negative findings. Agents then equipped the CS with Officially Advanced Funds (OAF) and a recording device to conduct the transaction. Once Agents established physical surveillance, the CS departed the pre-determined meet location and traveled to the 3200 block of S. Lancaster Road, Dallas, Texas, to meet the unknown male. Agents maintained continuous surveillance of the CS as he/she traveled to meet the unknown male.

6.   A short time later, the CS arrived and parked his/her vehicle in the area that was directed by the unknown male. After some time, Agents observed a white Honda Accord bearing Texas registration 19975E9 pull up and park next to the CS' vehicle. Agents then observed a Hispanic male, who after further investigation was later identified as **Pedro Esteban Arredondo** exit his vehicle. Agents further observed **Arredondo** approach the CS' vehicle and hand the CS a plastic grocery bag. Once the CS inspected the contents of the bag, Agents observed the CS hand **Arredondo** the OAF. After a brief encounter, Agents observed the CS' vehicle

Affidavit - 3

depart the area. Agents maintained continuous surveillance of the CS as he/she traveled to meet back up with Agents. Simultaneously, Agents observed **Arredondo's** vehicle depart the area as well. Agents also maintained continuous surveillance of **Arredondo** as he departed the area.



surveillance photo of Arredondo

7. Agents met back up with the CS at a pre-arranged meet location. The CS then turned over a gray plastic grocery bag that contained methamphetamine that **Arredondo** provided to the CS in exchange for the OAF. The CS was again searched for drugs and/or contraband with negative findings. Agents then conducted a presumptive field test and the white crystalline substance that was provided to the CS by **Arredondo** tested positive for the presence of methamphetamine. Agents later weighed the methamphetamine at the DEA Dallas Division Office, and it weighed approximately 1,036.1 gross grams.

8. After some time, Agents observed **Arredondo** arrive and park in the driveway of the residence located at 1330 Marfa Avenue, Dallas, Texas. Agents

Affidavit - 4

observed **Arredondo** exit his vehicle and enter the residence through the front door. Agents later conducted database checks and it was learned the white Honda Accord as well as the residence located at 1330 Marfa Avenue, Dallas, Texas, were associated with **Arredondo**.

9. On July 19, 2021, Agents established surveillance on the residence of 1330 Marfa Avenue, Dallas, Texas. After some time, Agents observed **Arredondo** exit the residence and enter the above-referenced white Honda Accord. Agents then observed **Arredondo** depart the residence. Agents followed **Arredondo** until he arrived and parked in the same area as where he previously met the CS. Agents then observed **Arredondo** exit his vehicle and approach a red truck that was parked next to his vehicle. Agents observed **Arredondo** hand something to the operator of the red truck and walk away towards a business. Agents then observed the red truck depart the parking lot. Based on my training and experience, I believed Agents witnessed a transaction of drugs and/or contraband passed from **Arredondo** to the operator of the red truck. Due to these circumstances, Agents contacted a Trooper from Texas Department of Public Safety (DPS) to initiate a traffic stop.

10. Agents were following the red truck in conjunction with the marked DPS unit. Once the trooper observed a traffic violation (following too close) the trooper initiated a traffic stop on the red truck. After a consent search, the trooper recovered an undetermined amount of United States currency from inside the vehicle. Agents believe the operator of the truck had received the currency from **Arredondo**.

Affidavit - 5

Furthermore, Agents believe the currency is drug proceeds derived from the distribution of methamphetamine. Agents later seized the money and the operator of the red truck was released without incident.

11. Based on this seizure, as well as the other factors in this investigation, it was determined Agents were going to execute a search warrant at 1330 Marfa Avenue, Dallas, Texas. Agents returned to the residence and as Agents were getting into the area, Agents observed **Arredondo** get into the passenger seat of a maroon Chevrolet truck. Agents followed the maroon Chevrolet as it departed the residence. Agents observed the Chevrolet truck travel to a tire shop located in the 4800 of E. Grand Avenue, Dallas, Texas. After some time, Agents observed the Chevrolet truck depart the business. Agents had previously contacted a marked unit from the Dallas Police Department, who initiated a traffic stop on the maroon Chevrolet for a vehicle registration violation. Once the vehicle was stopped, Agents arrived on scene and **Arredondo** was informed he was being detained and that a search warrant was going to be executed at his residence.

12. Agents then read **Arredondo** his Miranda Rights from a DEA 13A card, with him advising he understood. Agents asked **Arredondo** if there were any narcotics or weapons at his residence. **Arredondo** advised there were two (2) firearms in his bedroom and that there were a lot of drugs, but he would not elaborate on how much drugs were inside his residence. **Arredondo** then advised he no longer wanted to speak with Agents.

Affidavit - 6

13. **Arredondo** was then transported back to his residence by members of the Dallas Police Department. Once the search warrant was signed, Agents utilized the keys that were obtained from **Arredondo** to unlock the residence. Agents entered the residence and no one else was located inside. Agents conducted a systematic search of the residence and located approximately 21,855.1 gross grams of suspected methamphetamine, two (2) firearms, various documents with **Arredondo's** information and a large sum of bulk United States currency that was rubber banded together inside the room, **Arredondo** had claimed to be his bedroom. **Arredondo** was arrested and then transported to the Ellis County jail.



21,855.1 gross grams of methamphetamine

### IV. Conclusion

Based upon the information contained in this affidavit, I believe that there is probable cause to believe that on July 19, 2021 **Pedro Esteban Arredondo** violated 21 U.S.C. §§ 841 (a)(1) and (b)(1)(C), that is, possession with intent to

Affidavit - 7

distribute a substance and mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Adam West
Special Agent
Drug Enforcement Administration

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P 4.1 on __20th__ day of July 2021.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS

Affidavit - 8